**Appeal No.   2021AP1352**
Cir. Ct. No.  2019CV3483

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**WISCONSIN BANK & TRUST,**

   **PLAINTIFF-APPELLANT,**

 **V.**

**JIM HERMAN, INC., PAULA J. HERMAN AND WILKES, LLC,**

   **DEFENDANTS,**

**JAMES (JIM) HERMAN FAMILY PARTNERSHIP,**
**DUSTIN WILKE, DEBRA TOOLEY, DANNY L. HERMAN,**
**LARRY H. STARK AND DARREN W. HERMAN,**

   **DEFENDANTS-RESPONDENTS.**

FILED

October 28, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Mario White
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Andrew J. Clarkowski
Electronic Notice

Malinda Jane Eskra
Electronic Notice

Bridget Hubing
Electronic Notice

Joshua J. Kindkeppel
Electronic Notice

Kevin M. Laffey
Electronic Notice

Matthew D. Lee
Electronic Notice

Jordan C. Loeb
Electronic Notice

Anne-Louis T. Mittal
Electronic Notice

David M. Pelletier
Axley Brynelson LLP
P.O. Box 1767
Madison, WI 53701-1767

Timothy J. Peyton
Electronic Notice

Wade Pittman
Galen W. Pittman, S.C.
300 N. 2nd. St., Ste. 210
La Crosse, WI 54602-0668

Andrew J. Wronski
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 19 in the above-captioned opinion which was released on October 27, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.